**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation, | Civil Action No. 2:25-cv-13784-MEF-JBC |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS** |
| MAHARAJ BAPA, LLC, a Nebraska Limited Liability Company; KETAN CHAUDHARI, an individual; and RASHMI SAMANI, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc. ("SWI"), by their attorneys, Connell Foley LLP, seeking the entry of final judgment by default against defendants, Maharaj Bapa, LLC, Ketan Chaudhari, and Rashmi Samani (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on July 25, 2025, seeking damages as a result of the breach of a franchise agreement between SWI and Defendants; and service of the Summons and Complaint having been effectuated upon Maharaj Bapa, LLC via personal service of its authorized representative, DDLG Business Services, Inc., in Omaha, Nebraska on August 7, 2025, and service of the Summons and Complaint having been effectuated upon Ketan Chaudhari by personal service in Elkhorn, Nebraska on August 11, 2025, and service of the Summons and Complaint having been effectuated upon Rashmi Samani by serving her husband, Ketan Chaudhari, at their residence in Elkhorn, Nebraska on August 11, 2025; and Defendants having failed to Answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on September 19, 2025 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 23rd day of April, 2026,

**ORDERED, ADJUDGED, AND DECREED** that SWI has judgment against Defendants, jointly and severally, in the total amount of $136,246.37, comprised of the following:

a. $12,055.33 for outstanding Recurring Fees (principal plus prejudgment interest); and

b. $124,191.04 for Liquidated Damages (principal plus prejudgment interest).

**HON. MICHAEL E. FARBIARZ,**
**U.S.D.J.**